952

No. 11–5814. PURCHASE v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–5815. MORENO v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–5818. PRESSLEY v. CAROMONT HEALTH INC. ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–5823. MICKEY v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5835. MCKINNEY v. JARRIEL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 11–5837. NASH v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 11–5867. PITCHFORD v. DELAWARE NORTH COS., INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–5897. VON SEVRENCE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 11–5903. MAYES v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–5907. STRAUSBAUGH v. OCHOA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5911. BLEDSOE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 11–5928. BAKER v. GERDENICH REALTY CO. C. A. 6th Cir. Certiorari denied.

No. 11–5934. TAYLOR v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

